# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYWAN RENE RANSOM,<br><br>        Petitioner,<br><br>    vs.<br><br>W.L. MONTGOMERY, Warden,<br><br>        Respondent. | Case No. EDCV 13-1925-GHK (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied, Petitioner's request for an evidentiary hearing is denied, Petitioner's request to correct the Petition is denied as moot, and Judgment be entered dismissing this action with prejudice.

DATED:   12/3/14

GEORGE H. KING
Chief U.S. DISTRICT JUDGE