**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYWAN RENE RANSOM,<br><br>        Petitioner,<br><br>vs.<br><br>W.L. MONTGOMERY, Warden,<br><br>        Respondent. | Case No. EDCV 13-1925-GHK (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 12/3/14

GEORGE H. KING
Chief U.S. DISTRICT JUDGE